AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District Massachusetts | | |
|---|---|---|---|
| Name Fernandez Santiago | Prisoner No. W-49715 | Case No. Orig. Case 091145 | |
| Place of Confinement Pondville Correctional Center, PO Box 146, Norfolk, MA 02056 | | | |
| Name of Petitioner (include name under which convicted) Fernandez Santiago | Name of Respondent (authorized person having custody of petitioner) V. Superintendent Paul Ruane Pondville Correctional Center Massachusetts Dept. of Corrections | | |
| The Attorney General of the State of: Massachusetts | | | |

### PETITION

1. Name and location of court which entered the judgment of conviction under attack

   Superior Court Department, Suffolk County, 90 Devonshire St., Boston MA

2. Date of judgment of conviction  Jan. 3, 1991

3. Length of sentence  15 to 16 years

4. Nature of offense involved (all counts)  Trafficking over 200 grams of cocaine

   ~~and trafficking over 14 grams of cocaine~~

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  __Massachusetts Appeals Court /Supreme Judicial Court__

   (b) Result  __Conviction affirmed__

   (c) Date of result and citation, if known  __February 3, 1993 - 34 Mass. App. Ct. 79__

   (d) Grounds raised  __SEARCH AND SEIZURE - Probable cause, Exigent circumstances;__
   __PROBABLE CAUSE. CONSTITUTIONAL LAW - Search and seizure, Probable cause.__
   __PRACTICE, CRIMINAL. Severance. Instructions to jury, Disclosure of__
   __evidence.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court  _____

   (2) Result  _____

   (3) Date of result and citation, if known  _____

   (4) Grounds raised  _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court  _____

   (2) Result  _____

   (3) Date of result and citation, if known  _____

   (4) Grounds raised  _____

10. [text partially illegible]
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court  _____

   (2) Nature of proceeding  _____

   (3) Grounds raised  _____

(3)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☑        No ☐
(2) Second petition, etc.      Yes ☐        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

C.  Ground three: _____

   Supporting FACTS (state *briefly* without citing cases or law) _____

D.  Ground four: _____

   Supporting FACTS (state *briefly* without citing cases or law) _____

   THE defendANT REQUESTS THIS HaNerable CouRT Allow him Leave to Reserve the Right TO counsel; and To Allow Counsel the Right TO Amend this writ.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Groung Two above was not previously presnted because it had not been raised as a valid constitutional issue by the U.S. Supreme Court untilearlier in 2004.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐      No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a)  At preliminary hearing   Roger A. Cox      D. Ring Kelleher
                                                    One Chestnut St., Arlington, MA

    (b)  At arraignment and plea  Roger A Cox       D. Ring Kelleher
                                                    One Chestnut St., Arlington, MA

(6)

AO 241 (Rev. 5/85)

(c) At trial ___  D. Ring Kelleher
One Chestnut Street, Arlington, MA 02474

(d) At sentencing  ~~Roger A. Cox~~

(e) On appeal  ~~Roger A. Cox~~ - 89- BRoad streeT 14 TH Floor
BosTon - MAss - 02110

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8-28-04
(date)

_____
Signature of Petitioner

(7)