UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FERNANDEZ SANTIAGO,
        Petitioner,

v.                            C.A. No. 04-12022-MLW

PAUL RUANE, Superintendent,
        Respondent.

O R D E R

    Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (i) Paul Ruane, Superintendent, Pondville Correctional Center, P.O. Box 146, Norfolk, MA 02056; and (ii) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

    It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND

    This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

 August 23, 2005                 /s/ Mark L. Wolf
  DATE                         UNITED STATES DISTRICT JUDGE